**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SEMANTIC SEARCH TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **YAHOO! INC.,** *et al.*, <br><br> Defendants. | **CASE NO. 6:17-cv-00169-RWS** <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT YAHOO! INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Yahoo! Inc. states that effective June 13, 2017, Yahoo!, Inc. transferred to a subsidiary named Yahoo Holdings, Inc. its operating assets as well as all liabilities relevant to the subject matter of this case asserted by Semantic Search Technologies LLC, and then transferred Yahoo Holdings, Inc. to Verizon Communications, Inc.  Yahoo! Inc. no longer owns any interest in the past, present, or future liabilities relevant to this lawsuit. Yahoo Holdings, Inc., is a Delaware corporation with an office located at 701 First Avenue, Sunnyvale, California, 94089, and is a wholly owned subsidiary of Verizon.

Respectfully submitted,

/s/ *Jennifer H. Doan*
Jennifer H. Doan
Texas Bar. No. 08809050
J. Randy Roeser
Texas Bar No. 24089377
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: rroeser@haltomdoan.com

**ATTORNEYS FOR DEFENDANT YAHOO! INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 4th day of October, 2017.

*/s/ Jennifer H. Doan*
Jennifer H. Doan